JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRYAN FUENTES,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 8:24-cv-01610-JVS-KES<br><br>*Assigned to: Hon. James V. Selna – Courtroom 10C*<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE (FED. R. CIV. PROC. 41(a)(1)) [21]** |

1

# ORDER

Pursuant to the Stipulation for Dismissal of Entire Action with Prejudice (Fed. R. Civ. Proc. 41(a)(1)) by and between Plaintiff BRYAN FUENTES ("Plaintiff") and Defendant COUNTY OF ORANGE ("Defendant"), and good cause appearing, the Court approves the parties' Stipulation and orders as follows:

1. Each, every, and all Causes of Action in Plaintiff's operative Complaint (Dkt. 1) asserted against Defendant are dismissed in their entirety and with prejudice;

2. Plaintiff and Defendant shall be solely responsible for their respective costs of suit and attorneys' fees, and any other costs or obligations which any of them may have incurred as a result of the Causes of Action asserted by Plaintiff in this lawsuit.

**IT IS SO ORDERED**.

DATED: June 16, 2025

HON. JAMES V. SELNA
United States District Judge

1